Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd. Suite 213
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiff
Sheena King

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Sheena King**, an Arizona resident, | Case No. 18-1618-PHX-DGC |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **Pacific Biomedical, Inc.**, an Arizona corporation; and **Stephan Williams**, an Arizona resident, | |
| Defendants. | (Assigned to the Hon. David G. Campbell) |

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff Sheena King, by undersigned counsel, hereby gives notice of dismissal with prejudice of the Complaint filed in this action against all Defendants.

RESPECTFULLY SUBMITTED July 17, 2018.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
   14500 N. Northsight Blvd, Suite 133
   Scottsdale, AZ 85260
   *Attorneys for Plaintiff Sheena King*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

By: /s/ Ashley Peschke

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com